IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
Case No. 4:20-cv-01326-BJ

| | | |
|---|---|---|
| ANCOR HOLDINGS, LP, by and through its general partner, ANCOR PARTNERS, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | NOTICE OF APPEAL |
| LANDON CAPITAL PARTNERS, LLC, ICON EV, LLC, and NEXGEN LITHIUM BATTERIES, LLC | § § § § | |
| Defendants. | § § | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Ancor Holdings, LP, by and through its general partner, Ancor Partners, Inc. ("Plaintiff" or "Ancor"), pursuant to Rule 3 of Federal Rules of Appellate Procedure, appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment [Doc. 212] entered on May 24, 2023, and all orders and rulings of District Court (United States Magistrate Judge Jeffrey L. Cureton presiding by consent of the parties) adverse to Ancor referenced in the Final Judgment and/or made during trial.

Respectfully submitted,

 /s/  *Jeffrey M. Travis*
**Jeffrey M. Travis**
Texas State Bar No. 20191600
Email: Jeff@travislaw.com
**Jared Inman**
Texas State Bar No. 24078716
Email: Jared@travislaw.com
**Marshall C. Smiland**
Texas State Bar No. 24123012
Email: Marshall@travislaw.com

**PLAINTIFF'S NOTICE OF APPEAL**                                                    **Page 1**

**TRAVIS & INMAN, P.C.**
A Professional Corporation
One Galleria Tower
13355 Noel Road, Suite 1700
Dallas, Texas 75240
Telephone: (972) 934-4100
Facsimile: (972) 934-4101

**ATTORNEYS FOR PLAINTIFF,
ANCOR HOLDINGS, LP, by and
through its general partner, ANCOR
PARTNERS, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System and thereby serving this document upon all counsel of record through the courts Electronic Case Filing System.

*/s/ Jeffrey M. Travis*
Jeffrey M. Travis