IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANCOR HOLDINGS, LP, by and through its general partner, ANCOR PARTNERS, INC. | § § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Case No. 4:20-cv-01326-BJ |
| LANDON CAPITAL PARTNERS, LLC, ICON EV, LLC, and NEXGEN LITHIUM BATTERIES, LLC, | § § § § § | |
| *Defendants.* | § § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Ancor Holdings, LP, by and through its general partner Ancor Partners, Inc., ("Ancor" or "Plaintiff") and Defendants Landon Capital Partners, LLC ("Landon"), ICON EV, LLC and NexGen Lithium Batteries, LLC (ICON EV, LLC and NexGen Lithium Batteries, LLC collectively, "ICON"), submit this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would respectfully show the Court as follows:

1.      On May 6, 2025, the parties executed a Settlement Agreement and Full Release of Claims (the "Settlement Agreement").  As part of the Settlement Agreement, the parties have agreed to dismiss the above-captioned case and have further agreed that no party shall be the "prevailing party" for purposes of recovering costs or attorneys' fees; provided that Ancor shall be permitted to retain any amounts previously recovered as costs in this matter.

2.      Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii).  A stipulation of dismissal under Rule 41(a)(1)(A)(ii) takes effect

**JOINT STIPULATION OF DISMISSAL**
**—Page 1**

when filed and does not require an order from this Court.  See *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010).

3.    Accordingly, pursuant to the Settlement Agreement and Rule 41(a)(1)(A)(ii), the parties now file this this Joint Stipulation of Dismissal to dismiss the above-captioned case.

Respectfully submitted,

*/s/ Jeffrey M. Travis*
**Jeffrey M. Travis**
Texas State Bar No. 20191600
E-mail: Jeff@travislaw.com
**Jared Inman**
Texas State Bar No. 24078716
Email: Jared@travislaw.com
**Marshall C. Smiland**
Texas State Bar No. 24123012
E-mail: Marshall@travislaw.com

**TRAVIS & INMAN**
A Professional Corporation
5005 LBJ Freeway, Suite 1300
Dallas, Texas 75244
Telephone:  (972) 934-4100
Facsimile:  (972) 934-4101
**ATTORNEYS FOR PLAINTIFF, ANCOR HOLDINGS, LP, by and through its general partner, ANCOR PARTNERS, INC.**

/s/ Travis S. Gamble
**Travis S. Gamble**
State Bar No. 00798195
travis.gamble@faegredrinker.com
**David C. Kent**
State Bar No. 11316400
david.kent@faegredrinker.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
2323 Ross Ave, Suite 1700
Dallas, Texas 75201

JOINT STIPULATION OF DISMISSAL
—Page 2

(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)
**Attorneys for Defendant Landon Capital Partners, LLC**

/s/ David S. Delrahim
**David S. Delrahim**
Florida Bar # 66368
Email: ddelrahim@shumaker.com
**SHUMAKER, LOOP & KENDRICK**
100 2nd Ave S.
Ste 902-S
St. Petersburg, FL 33701
Telephone: (727) 288-9501
**Lead Attorney for Defendants ICON EV LLC**
**and NexGen Lithium Batteries, LLC**

## CERTIFICATE OF CONFERENCE

I certify that counsel for Ancor conferred with counsel for Defendants ICON EV, LLC and NexGen Lithium Batteries, LLC, and counsel for Defendant Landon Capital Partners, LLC, and counsel agreed to the terms of this Joint Stipulation of Dismissal.

/s/ Jeffrey M. Travis
Jeffrey M. Travis

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this case on the date of filing.

/s/ Jeffrey M. Travis
Jeffrey M. Travis

**JOINT STIPULATION OF DISMISSAL**
**—Page 3**