## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **ANCOR HOLDINGS, LP, by and through its general partner, ANCOR PARTNERS, INC.** § § § | |
| **Plaintiff,** § § | |
| **V.** § § | **Case No. 4:20-cv-01326-BJ** |
| **LANDON CAPITAL PARTNERS, LLC, ICON EV, LLC, and NEXGEN LITHIUM BATTERIES, LLC** § § § § § | |
| **Defendants.** § | |

### FINAL JUDGMENT

On May 9, 2025, the parties' filed a Joint Stipulation of Dismissal [303].  Therefore, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims in the above-styled and numbered cause are **DISMISSED WITH PREJUDICE**.  All costs under 28 U.S.C. § 1920 shall be taxed as set forth in the Joint Stipulation of Dismissal.

SIGNED May 12, 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE